

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Wesley D. Fite

Vs. No. 11-25-00180-CV

Leah Fite,

\* From the 39th District Court
of Throckmorton County,
Trial Court No. 3592.

\* December 18, 2025

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.